J. D. HOSTETTER, Respondent, v. LUKE M. EMERSON, Appellant.

### St. Louis Court of Appeals, January 21, 1896.

Practice, Appellate: REQUISITES OF ABSTRACT. When an appeal is taken by the filing of a certified copy of the entry of the judgment and of the order allowing the appeal, and the abstract of the appellant fails to show that a bill of exceptions was filed, or that a motion for new trial was made, only the record proper is presented for review.

*Appeal from the Pike Circuit Court.*—HON. REUBEN F. ROY, Judge.

AFFIRMED.

*Charles M. Napton* for appellant.

*J. D. Hostetter* for respondent.

BOND, J.—Plaintiff sued defendant before a justice for a balance of $250, claimed to be due on account of legal services.   The case was tried before a justice and upon appeal in the circuit court before the judge, who gave judgment for plaintiff for $209.75, from which defendant took an appeal to this court by filing a certified copy of judgment and the allowance of the appeal.

In the abstract filed in this court there is neither a statement of the filing of a bill of exceptions in the lower court, nor that a motion for new trial was made and overruled.   It is obvious, therefore, that there is nothing before us for review except the record proper, of which appellant does not complain.   *Mason v. Pennington,* 53 Mo. App. 118; *Wesby v. Bowers,* 58 Mo.

App. 419. The record proper discloses a statement of a cause of action and the rendition of a valid judgment, which will be affirmed. All concur.